1  ARNOLD W. GROSS (SBN: 57179)
   ADAM J. SAVIN (SBN: 274899)
2  **LAW OFFICES OF SAVIN & BURSK**
3  10663 Yarmouth Ave.
   Granada Hills, CA 91344
4  Telephone: (818) 368-8646
   Facsimile: (818) 624-6999
5
6  Attorneys for Plaintiff DAWN SNYDER; MARTY URIBE

7  JEFFREY M. LENKOV, ESQ (SBN: 156478)
   MARISSA K. GITTLER, ESQ. (SBN: 285525)
8  **MANNING & KASS**
   **ELLROD, RAMIREZ, TRESTER LLP**
9  15th Floor at 801 Tower
   801 South Figueroa St.
10 Los Angeles, CA 90017
11 Telephone: (213) 624-6900
   Facsimile: (213) 624-6999
12
13 Attorneys for Defendant MACY'S WEST STORES, INC. [Erroneously sued herein as MACY'S CORPORATE SERVICES, INC DBA MACY'S WESTFILED VALENCIA TOWN CENTER]
14
15                     UNITED STATES DISTRICT COURT
16                     CENTRAL DISTRICT OF CALIFORNIA
17

18 | DAWN SNYDER; MARTY URIBE, | ) | Case CV14-07886-ODW(JPRx) |
19 |                                                     | ) |                                                      |
   |        Plaintiff(s),                          | ) |                                                      |
20 |                                                     | ) | **EARLY MEETING OF COUNSEL**   |
   |        vs.                                         | ) |                                                      |
21 |                                                     | ) |                                                      |
22 | MACY'S CORPORATE SERVICES, INC. | ) | District Judge:    Otis D. Wright, II |
   | DBA MACY'S WESTFIELD VALENCIA  | ) | Magistrate Judge:  Jean P. Rosenbluth |
23 | TOWN CENTER, and DOES 1 to 100, | ) | Complaint Filed:   6/26/14 |
   | inclusive                                       | ) |                                                      |
24 |                                                     | ) |                                                      |
   |        Defendant(s).                        | ) |                                                      |
25 |                                                     | ) |                                                      |

26 TO THE CLERK OF THE ABOVE-ENTITLED COURT:
27 ///
28 ///

An early meeting of counsel was held on 11/7/2014 at Law Offices of Savin & Bursk, counsel for plaintiff. Attending—Arnold W. Gross of Savin & Bursk and Marissa Gittler of Manning & Kass.

The parties agree that this is a trip and fall case. Plaintiff Dawn Snyder is alleging that this matter arises out of an accident that took place at Macy's Valencia store on July 12, 2012. Plaintiff Dawn Snyder is claiming injuries including neck surgery, back surgery, shoulder and upper extremity problems, and radiating pain to both legs. Her husband, Mary Uribe, is suing for loss of consortium. This is not a complex litigation matter.

## DISCOVERY

Both plaintiff and defendant propounded discovery in the state court action before it was removed by defendant to Federal Court. Both parties propounded request for production, form and special interrogatories, and requests for admissions. Rather than re-serving the discovery with the federal court caption, both parties will respond to the pending discovery using the federal caption for the responses on or before December 15, 2014. All medical records and photographs in plaintiff's possession will be produced with their response to production of documents.

The deposition of plaintiff presently set for November 17, 2014 shall be taken off calendar and rescheduled for a date within 60 days, after receipt of plaintiff's discovery responses. Depositions of plaintiff and defense employees will be taken by the end of February, 2015. Other discovery work to be done include a site inspection and defense medical examination to be done at agreed times after the initial discovery is responded to.

///

///

2
EARLY MEETING OF COUNSEL

Counsel will meet and confer prior to propounding additional discovery. Plaintiff counsel and defense counsel have had many cases in the past, and have enjoyed an appropriate civil relationship in all past matters. Counsel contemplate that there should be no issues that they cannot resolve between themselves without court intervention.

## MOTIONS

Plaintiff has no motions contemplated to be filed at this time. After defense counsel has an opportunity to review the initial discovery responses, defense may file a motion for summary judgment.

## ALTERNATE DISPUTE RESOLUTION

The parties agree that they will use private mediation in this matter. Counsel believe there will be no problem in agreeing on a mediator. They further agree that mediation shall take place on or before June 1, 2015.

## EXPERT WITNESS DISCLOSURE

Counsel contemplate that expert witness disclosure and deposition will take place sometime on and after the mediation takes place if the mediation is not successful in resolving the matter.

## TRIAL DATE

The parties agree to a trial date on or after February 8, 2016, depending on the Court's availability.

Dated: 11/13/2014                Respectfully submitted,

                                 LAW OFFFICES OF SAVIN & BURSK

                                 By: _____
                                 ARNOLD W. GROSS, ESQ.

MANNING & KASS, ELLROD, RAMIREZ, TRESTER LLP

By: _____

MARISSA K. GITTLER, ESQ.