1  ARNOLD W. GROSS (SBN: 57179)
   ADAM J. SAVIN (SBN: 274899)
2  **LAW OFFICES OF SAVIN & BURSK**
3  17337 Ventura Blvd., Suite 200
   Encino, CA 91316
4  Tel: (818) 368-8646
   Fax: (818) 285-8474
5

6  ATTORNEY FOR PLAINTIFFS
   DAWN SNYDER and MARTY URIBE
7

8

9              UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF CALIFORNIA
10

11

12  DAWN SNYDER; MARTY URIBE,           )   Case No.: CV14-07886-ODW(JPRx)
                                        )   [**Case Assigned to** District Judge Honorable
13              Plaintiffs,             )   Otis D. Wright, II and Magistrate Judge
        vs.                             )   Honorable Jean P. Rosenbluth]
14                                      )
    MACY'S WEST STORES, INC.            )
15  erroneously sued herein as MACY'S   )   **NOTICE OF CHANGE OF**
    CORPORATE SERVICES, INC, DBA        )   **ADDRESS**
16  MACY'S WESTFIELD VALENCIA           )
    TOWN CENTER, and DOES 1 through     )
17  100; Inclusive,                     )   COMPLAINT FILED: June 26, 2014
                                        )
18                                      )
                Defendants.             )
19                                      )

20                                          RECEIVED BUT NOT FILED
                                            CLERK, U.S. DISTRICT COURT
21
                                            MAR 11 2015
22
                                            CENTRAL DISTRICT OF CALIFORNIA
23                                          BY                      DEPUTY

    NOTICE TO ALL PARTIES, THEIR ATTORNEYS OF RECORD AND THE
24  COURT CLERK:

25      Effective immediately please take notice plaintiffs' counsels' address has changed
26  from 10663 Yarmouth Avenue, Granada Hills, California 91344 to **17337 Ventura**
27  **Blvd., Suite 200, Encino, California 91316**. The facsimile number has also changed to
28  **(818) 285-8474**. All other contact information including phone number and emails will

---
                                    1
                        NOTICE OF CHANGE OF ADDRESS

1 | remain the same.

Please update your service list to reflect these changes.

Dated: March 9, 2015

Respectfully submitted,

LAW OFFFICES OF SAVIN & BURSK

By: _____
ADAM J. SAVIN, ESQ.
ARNOLD W. GROSS, ESQ.
ATTORNEYS FOR PLAINTIFF

NOTICE OF CHANGE OF ADDRESS